IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:02-CR-00028-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, | ) ) ) |
| v. | ) ) ORDER |
| JENNIFER KAY DIXON,  Defendant, | ) ) ) ) |
| and | ) ) |
| FOLK'S CLEANERS, INC.,  Garnishee. | ) ) ) |

This matter is before the Court on the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 44).

For the reasons stated therein and for good cause shown, the Government's Motion (Doc. 44) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 24) pertaining to the Garnishee named above is **TERMINATED**.

It is so ordered.

Signed: July 18, 2024

W. Carleton Metcalf
United States Magistrate Judge

1